IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*ex rel.* GREENTREE MEDICAL CENTER, )<br>  ) Civil Action No. 13-597<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>AMERICAN INTERNATIONAL )<br>BIOTECHNOLOGY, LLC and )<br>JASON HOOVER, )<br>  )<br>Defendants. ) | |

## STIPULATION OF DISMISSAL

The United States of America and Relator Greentree Medical Center, through counsel, file this Stipulation of Dismissal of this action pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure and do hereby stipulate and agree that the above-captioned case be dismissed with prejudice, notice by the Clerk being hereby waived.

Dated: July 22, 2014                                        DAVID J. HICKTON
                                                                              United States Attorney


                                                                              /s/ David Lew
                                                                              DAVID LEW
                                                                              Assistant United States Attorney
                                                                              United States Attorney's Office for the
                                                                              Western District of Pennsylvania


Dated: July 22, 2014                                        /s/ Stephen S. Stallings
                                                                              STEPHEN S. STALLINGS
                                                                              Counsel for the Relator

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of July, 2014, I caused copies of the Stipulation of Dismissal to be served electronically or by first-class mail, postage-prepaid, on:

<u>Counsel for Relator:</u>

Stephen S. Stallings
Burns White LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

<u>Counsel for Defendant American International Biotechnology, LLC</u>

William T. Mathias, Esq.
Ober Kaler
100 Light Street
Baltimore, MD 21202

<u>Counsel for Defendant Jason Hoover</u>

Charles J. Porter, Esq.
Brucker, Schneider & Porter
300 Weyman Road
Suite 320
Pittsburgh, PA 15236

                                                  /s/ David Lew
                                                  DAVID LEW
                                                  Assistant United States Attorney